AO 91 (Rev. 11/11) Criminal Complaint          AUSA Brian Williamson (312) 353-8897

**FILED**
3/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN STURGEON

CASE NUMBER 1:24-cr-00127

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about May 31, 2023 to on or about February 16, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1957 | Knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and derived from specified unlawful activity, namely, the manufacture, importation, sale, and distribution of a controlled substance. |
| Title 21, United States Code, Sections 841(a)(1) and 843(b) | Did knowingly and intentionally use any communication facility, including the mail, in committing and in causing and facilitating the commission of the distribution of a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

JACOB ELVEY
Special Agent, Drug Enforcement Administration

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 8, 2024

*Judge's signature*

City and state: <u>Chicago, Illinois</u>                    <u>BETH W. JANTZ, U.S. Magistrate Judge</u>

                                                                            *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, JACOB ELVEY, being duly sworn, state as follows:

1.     I am a Special Agent with the Drug Enforcement Administration ("DEA"), and have been so employed for six years. I am currently assigned to the Cyber Crimes Task Force at DEA's Chicago Field Division and my current responsibilities include, among other things, the investigation of narcotics trafficking offenses.

2.     This affidavit is submitted in support of a criminal complaint alleging that Justin STURGEON has violated Title 18, United States Code, Section 1957 and Title 21, United States Code, Sections 841(a)(1) and 843(b). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging STURGEON with money laundering and use of a communication facility in the distribution of controlled substances, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information provided to me by a confidential source, my review of business records and financial analysis, including analysis related to cryptocurrency, my review of information derived from the

Telegram messaging application and open sources, and law enforcement surveillance.

## I.     FACTS SUPPORTING PROBABLE CAUSE

### *Summary of Probable Cause*

4.     Since approximately December 2023, the United States, including the DEA, has been conducting a criminal investigation of Justin STURGEON for possible money laundering and narcotics offenses, in violation of Title 18 United States Code, Section 1957 and Title 21, United States Code, Sections 841(a)(1) and 843(b)[1] (the "Subject Offenses"). STURGEON, who resides in Oregon, operates the "Presidential Clouds" channel on the Telegram messaging application, which advertises the sale of bulk marijuana (a Schedule I Controlled Substance, *see* 21 U.S.C. § 812(c)(10)) and psilocybin mushrooms (also a Schedule I Controlled Substance, *see* 21 U.S.C. § 812(c)(15)), among other items, and distributes these controlled substances to customers across the country through the U.S. Mail. Acting in an undercover capacity, law enforcement has ordered and received controlled substances through the Presidential Clouds channel and also interdicted a shipment to a customer in the Chicago area. Further, law enforcement has tracked cryptocurrency proceeds derived from narcotics sales on the Presidential Clouds

---

[1] Title 21, United States Code, Section 843(b) provides as follows: "It shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II." "Communication facility" is further defined as "any and all public and private instrumentalities used or useful in the transmission of writing, signs, signals, pictures, or sounds of all kinds and includes mail, telephone, wire, radio, and all other means of communication." Title 21, United States Code, Section 843(b).

channel to crypto wallets and ultimately bank accounts controlled by STURGEON. STURGEON has used these illicit proceeds to purchase luxury goods and a new home. Additionally, law enforcement has probable cause to believe that STURGEON, through operations centered at his home and a nearby storage facility, directs associates to facilitate the Presidential Clouds controlled substances distribution enterprise by mailing bulk marijuana and psilocybin through the US Postal Service.

### *Background of Investigation*

5.     On or about December 18, 2023, a DEA confidential source (CS)[2] provided law enforcement officers with the Telegram username @PresidentialClouds12, and stated that the individual utilizing the account was operating a Telegram channel where various cannabis and psychedelic substances were being sold.

6.     On or about January 16, 2024, a law enforcement officer, acting in an undercover capacity ("UC"), utilized the Telegram messaging application to gain access to a Telegram channel titled, "Presidential Clouds" (the "Presidential Clouds Channel"), which was accessible via the website https://t.me/+XjsVKu8Z5t1lM2Ux. The Presidential Clouds Channel was advertised via the publicly available

---

[2] The CS has been working with DEA, the Internal Revenue Service ("IRS"), and the United States Postal Inspection Service ("USPIS") since approximately December 2023. The CS has never been arrested and is not providing information for any legal consideration. The CS is eligible for financial incentives, but has never received payment from the DEA for information or services. The CS has previously provided information to the FBI. There is no record of the CS providing any false or unreliable information to law enforcement. The CS provided the Telegram username @PresidentialClouds12 to law enforcement officers, but in no other way participated in the ensuing investigation.

biography section of the Telegram user @PresidentialClouds12. Although not publicly accessible, the Presidential Clouds Channel accepted a request by the UC to join the channel, thus allowing access to the UC.

7.     According to Telegram, at that time, the Presidential Clouds Channel consisted of approximately 4,800 subscribers who were able to view the channel; however, only three users appeared to have posting privileges on the channel: @PresidentialClouds12, @PresidentialSupport, and @PresidentialManager. The Presidential Clouds Channel was active as of February 19, 2024 and advertised the sale of bulk marijuana, psilocybin mushrooms, and other cannabis-related products such as vape cartridges and THC concentrates. The Presidential Clouds Channel also included product images and sophisticated rating and pricing systems, as depicted below.

**Sample Listings from the Presidential Clouds Channel**



4

8.     The Presidential Clouds Channel described the roles of the three users operating it: @PresidentialSupport–customer service and online sales; @PresidentialManager–shipping manager and in-person sales; and @PresidentialClouds12–president. The channel informed customers that purchase requests may also be submitted via an online form accessible at https://fs7.formsite.com/r5HpEX/6ugu4l9hhd/index.

9.     Because the Presidential Clouds Channel does not allow others to post, @PresidentialClouds12 advertised a "discussion group" called "Presidential's House of Representatives" ("the House of Representatives Channel") accessible via the website https://t.me/+qe8mtl8jaXswMjEx.

10.     The Presidential Clouds Channel further stated that it was based in southern Oregon, but shipped narcotics nationwide via the United States Postal Service ("USPS") and United Parcel Service ("UPS"). As depicted below, the organization offers insurance on narcotics packages for a fee, thereby protecting customers if a parcel is seized in transit. Customers are informed that they may also purchase narcotics locally for orders in excess of $10,000. Cash may also be mailed to an undisclosed address and customers may use "CashApp" to pay for their narcotics purchases. Other forms of payment include the following cryptocurrencies: Monero ("XMR"), Bitcoin ("BTC"), Ethereum ("ETH"), and Tether ("USDT"). The Presidential Clouds Channel states that cryptocurrency wallets are posted at the beginning of each month for narcotics purchases made within that month.

**Excerpt of Presidential Clouds Channel's Operating Rules**



11. The cryptocurrency wallet bc1q3ccwg0x22u2zafpgejyamxu67mytkppvxgh8qw (hereinafter referred to as "Wallet #1") was posted on the Presidential Clouds Channel as the BTC deposit wallet for narcotics customers to use during the month of January 2024.

***Identification of STURGEON as @PresidentialClouds12 and STURGEON's Commission of Corresponding Money Laundering Offenses***

12. In summary, and as further described below, law enforcement believes the user of @PresidentialClouds12 is Justin STURGEON. More specifically, using blockchain and other financial analysis, law enforcement tracked the vast majority

of proceeds traveling from the Presidential Clouds crypto wallet to a secondary crypto wallet, and from the secondary crypto wallet to a Coinbase account. From the Coinbase account, the funds travel to bank accounts controlled by STURGEON and his girlfriend and suspected business partner, Individual A.

13.     Blockchain analysis of Wallet #1 conducted on February 7, 2024 revealed 603 deposits totaling 10.15049261 bitcoin (BTC) worth approximately $435,195 between approximately January 1, 2024, and February 1, 2024. Between those same dates, Wallet #1 made approximately 20 transfers totaling 9.17137464 BTC worth approximately $395,309 to BTC address bc1qz76993s5u59fuufe49hp8qdtrl6g8zau9v4p4d ("Wallet #2"). Wallet #2 has been active since approximately September 25, 2023 and has received roughly 52.62617817 BTC worth approximately $1,892,702.

14.     Between approximately December 20, 2023, and February 3, 2024, Wallet #2 made 13 transfers totaling approximately 21.89880253 BTC worth roughly $798,976 to BTC address 38XXsheZeDXca1takPEPweXRcrunwS5AqH, which is an address controlled by Coinbase Global Inc. ("Coinbase"). Records from Coinbase revealed that BTC address 38XXsheZeDXca1takPEPweXRcrunwS5AqH ("Sturgeon Coinbase Account") is registered to Coinbase customer, Justin STURGEON. According to Coinbase records, STURGEON opened the Sturgeon Coinbase Account using his Ohio driver's license and included a self-portrait image as verification.

15.     According to records from Coinbase, there are two verified bank accounts connected to the Sturgeon Coinbase Account that are affiliated with US Bank: one account ending in 9688 ("US Bank Account 9688") and one account ending in 1529 ("US Bank Account 1529"). According to records from US Bank, US Bank Account 9688 is a personal checking account registered to Justin STURGEON and Individual A.[3] According to records from US Bank, US Bank Account 1529 is a business checking account that STURGEON created on behalf of PRESIDENTIAL CLOUDS LLC. In approximately September 2023, the entity name on the 1529 account was changed to MINIMALISTIX LLC.

16.     According to records from Coinbase, as of February 18, 2024, the Sturgeon Coinbase Account has received approximately 60.12578055 BTC worth approximately $1,940,100 since its first BTC deposit on April 15, 2023. According to Coinbase, STURGEON also has transactions in USD Coin and USD Tether worth approximately $79,197 and $48,033 respectively. According to Coinbase, STURGEON has withdrawn a total of approximately $1,986,599 from the Sturgeon Coinbase Account between roughly April 16, 2023, and February 3, 2024. According to records from Coinbase, during that same timeframe, approximately $354,441 was withdrawn from the Sturgeon Coinbase Account to US Bank Account 9688 and approximately $1,562,366 was withdrawn from the Sturgeon Coinbase Account to US Bank Account 1529.

---

[3] STURGEON and Individual A own and live together at 1450 Wagon Trail Drive, in Jacksonville, Oregon, the purchase of which is described in detail below. Additionally, STURGEON and Individual A were joint members of ROUGE PROMOTIONS, LLC until its recent dissolution in September 2023.

17. Additionally, according to records from Coinbase, on or about February 9, 2024, the Sturgeon Coinbase Account received a transfer of 1.50251558 BTC, worth approximately $68,070, directly from cryptocurrency wallet, bc1qmvm0lzy66hlhsj3fa3axm7hgst2pg2jf0ut5cg, which was advertised on the Presidential Clouds Channel as the February 2024 deposit address for Presidential Clouds narcotics customers.

18. Based on my training and experience, and knowledge of this investigation, I believe the above-described transactions show that the Presidential Clouds Account advertises cryptocurrency wallets, such as Wallet #1, for their customers to use for narcotics purchases. These wallets then direct funds into longer-term accounts, such as Wallet #2. STURGEON's personal and business bank accounts with US Bank (US Bank Accounts 9688 and 1529) are far and away the largest beneficiaries of these aggregated funds and an analysis of STURGEON and Individual A's financial records indicates that these proceeds are spent on a luxurious lifestyle.[4]

19. According to records from the Oregon Liquor and Cannabis Commission ("OLCC") in February 2022, STURGEON applied for a marijuana worker permit through the OLCC. OLCC records further show that STURGEON utilized the username "Jsturgeon12" and listed an email, phone number, and residence consistent with the Sturgeon Coinbase Account. Jsturgeon12 also bears a

---

[4] STUREGON and Individual A's US Bank records show thousands of dollars in expenditures on luxury brand named goods such as Gucci, Louis Vuitton, and over $170,000 in down payments on three vehicles within the past six months.

resemblance to the Telegram moniker utilized by the manager of the Presidential Clouds Channel, @PresidentialClouds12. According to records from OLCC, STURGEON failed to pay fees associated with the application and no permit was ever issued to STURGEON.

20. According to records obtained from Oregon Secretary of State ("OSS"), STURGEON filed Articles of Organization with the OSS establishing PRESIDENTIAL CLOUDS LLC in approximately April 2022. STURGEON was listed as the organizer, the individual with direct knowledge, and manager of PRESIDENTIAL CLOUDS LLC. STURGEON also listed the address "2 South Barenburg Road, Medford, Oregon" as the principal place of business, consistent with the residential address provided by STURGEON to OLCC on his marijuana worker permit two months prior.

21. According to records from the OSS, in April 2023, STURGEON filed an Amended Annual Report with OSS for PRESIDENTIAL CLOUDS LLC. In that report, the primary place of business was given as "3472 Poppywoods Drive, Medford, Oregon," consistent with the residential address registered to the Sturgeon Coinbase Account. The April 2023 filing also listed STURGEON as the manager of PRESIDENTIAL CLOUDS LLC.

22. According to records from the OSS, in May 2023, STURGEON filed Articles of Amendment with OSS for PRESIDENTIAL CLOUDS LLC, changing the name of the organization to MINIMALISTIX LLC. STURGEON is again listed as the manager and individual with direct knowledge on the filing. According to

business records obtained from TransUnion, in January 2024 STURGEON represented himself to creditors as "CEO" of MINIMALISTIX LLC.

23.     Based on my training, experience, and knowledge of this investigation, I believe the above-described business records show an intent by STURGEON to obtain a marijuana worker's permit just before he established a limited liability corporation named "PRESIDENTIAL CLOUDS," consistent with the naming, branding, and geographic location associated with the Presidential Clouds Account. Additionally, the same month that STURGEON began withdrawing large amounts of narcotics proceeds from the Sturgeon Coinbase Account, STURGEON filed to have the name of PRESIDENTIAL CLOUDS LLC changed to MINIMALISTIX LLC. Based on my training, experience, and knowledge of this investigation, I believe that this name change was conducted to obfuscate the connection between STURGEON's criminal enterprise and his proceeds.

24.     On October 24, 2023, at approximately 10:48 p.m., @PresidentialClouds12 responded to a user on the House of Representatives Channel who was speculating as to what @PresidentialClouds12 looked like. @PresidentialClouds12 responded, "I'm 6"5 250lbs & from the streets and that's facts." According to STURGEON's valid Ohio driver's license, STURGEON is six feet, five inches tall. No weight is listed on the driver's license but an arrest record for STURGEON from the Jackson County, Oregon, Sheriff's Office from January 5, 2024 listed STURGEON's weight as 250 pounds.

25.     Based on my training and experience, and knowledge of this investigation, I believe that the above-described financial and business records indicate that (1) the Presidential Clouds organization advertises cryptocurrency wallets that change on a monthly basis for their customers to utilize for their narcotics purchases, which average more than $450,000 in deposits per month since September 2023; (2) the Presidential Clouds organization typically funnels those funds into secondary cryptocurrency wallets, the most recent of which has been active since approximately September 2023 and has had more than $1.8 million in deposits; (3) Justin STURGEON is the most prominent beneficiary of those proceeds via deposits to the Sturgeon Coinbase Account directly and indirectly from cryptocurrency wallets advertised by the Presidential Clouds organization; (4) STURGEON had previously sought a marijuana worker's permit from the OLCC two months prior to establishing PRESIDENTIAL CLOUDS LLC; (5) STURGEON has transferred more than $1.5 million in funds from the Sturgeon Coinbase Account to a US Bank business account established for PRESIDENTIAL CLOUDS LLC; (6) Telegram user @PresidentialClouds12, who purports to run the Presidential Clouds organization, has described themself as six foot, five inches tall and weighing 250 pounds, which is consistent with the physical description of Justin STURGEON. Based on these indications, I believe Justin STURGEON owns and operates the Presidential Clouds Telegram Channel, to include the @PresidentialClouds12 username and related business entities.

### *Undercover Purchases and Interdicted Packages*
### *from Presidential Clouds in the Chicago Area*

26. On or about February 5, 2024, a UC contacted user @PresidentialSupport on Telegram to purchase narcotics per the instructions of the Presidential Clouds Channel. During the ensuing conversation, the UC requested one pound of a particular marijuana strain advertised by the Presidential Clouds Channel. The account @PresidentialSupport replied, "$800 + $25 uninsured or $50 insured send it over bc1qmvm0lzy66hlhsj3fa3axm7hgst2pg2jf0ut5cg." Later in the conversation, @PresidentialSupport noted that the marijuana strain that the UC requested was almost sold out, suggesting "we only have 280 grams of the alien jet fuel [marijuana strain] left (10 ounces) That would leave you with $300 I can do 5 ounces of exotic [marijuana] and 1 gram of rosin [cannabis extract] for the remainder $300 Is that okay?" The UC replied in the affirmative and requested the narcotics be shipped to an undercover address located in Chicago, Illinois. At approximately 11:00 p.m., @PresidentialSupport messaged the UC the USPS tracking number, "9405 5362 0624 8300 6124 73".

27. Based on my training, experience, and knowledge of the investigation, I believe that during the above exchange: (1) the UC contacted @PresidentialSupport to purchase narcotics advertised on the Presidential Clouds Channel; (2) @PresidentialSupport provided the bitcoin wallet previously advertised by the Presidential Clouds Channel as the narcotics deposit wallet for purchases made in February 2024; (3) @PresidentialSupport notified the UC that the UC's original order was out of stock and offered alternative products to fulfill the UC's

order; (4) the UC accepted the alternative order; and (5) @PresidentialSupport provided the UC with the USPS tracking number for the narcotics purchased by the UC.

28. On or about February 9, 2024, UC contacted user @PresidentialSupport on Telegram to purchase narcotics per the instructions of the Presidential Clouds Channel. During the ensuing conversation, the UC requested two pounds of psilocybin mushrooms. @PresidentialSupport responded, "2 lb [pounds] shrooms [mushrooms] $950 [plus] shipping $50 uninsured or $100 insured" and requested payment be sent to the same bitcoin wallet provided during the previous UC purchase on February 5, 2024. The UC subsequently sent proof of payment in the form of a bitcoin transaction identifier and requested the narcotics be shipped to an undercover address located in Chicago, Illinois. On or about February 12, 2024, at approximately 7:54 p.m., @PresidentialSupport messaged the UC via Telegram with a message containing the USPS tracking number "9405536206248336986166".

29. On or about February 12, 2024, and February 16, 2024, in Chicago, Illinois, law enforcement officers received the above-referenced parcels ("Parcel 1" and "Parcel 2") sent by the Presidential Clouds Account. Parcels 1 and 2 each a return address of "Supply Services LLC, 4621 Grumman Dr, Medford, OR 97504" and were processed at the USPS facility at 2195 Sage Road, in Medford, Oregon. Parcel 1 contained tracking number 9405536206248300612473 and Parcel 2 contained tracking number 9405536206248336986166. Inside the Parcel 1, law

enforcement officers recovered two vacuum-sealed bags containing suspect marijuana and a small container of suspect cannabis rosin with a gross weight (including packaging) of approximately 609 grams. Inside Parcel 2, law enforcement officers recovered two vacuum-sealed bags containing suspect psilocybin mushrooms with a gross weight (including packaging) of approximately 2080 grams. The suspect marijuana, cannabis rosin, and psilocybin mushrooms contained within the Parcels 1 and 2 were not field tested. However, law enforcement officers in receipt of Parcel 1 observed a strong smell of marijuana emanating from both packages contained therein and also observed that the contents of Parcel 1 were consistent with the items advertised by Presidential Clouds, namely materials consistent with the appearance of bulk marijuana and cannabis rosin. Likewise, law enforcement officers in receipt of Parcel 2 observed that the contents of Parcel 2 were consistent with the items advertised by Presidential Clouds, namely psilocybin mushrooms. The contents of Parcels 1 and 2 were processed into evidence and stored at the DEA's North Central Laboratory where they are currently undergoing testing and analysis.

**Photograph of Narcotics from February 5, 2024 UC Purchase (Parcel 1)**



**Photograph of Narcotics Received from February 9, 2024 UC Purchase (Parcel 2)**



30.     On or about February 14, 2024, law enforcement officers with the USPIS became aware of a package ("Parcel 3") originating from the Medford, Oregon area that contained the same return address (4621 Grumman Drive) seen on Parcels 1 and 2 that were purchased from the Presidential Clouds Channel by the UC.

31.     Later that same day, law enforcement officers brought Parcel 3 to its intended destination, located at 250 Inverrary Lane, in Deerfield, Illinois. Law enforcement officers, in an undercover capacity, attempted to deliver the February

14 Package, but the intended recipient was not home. Officers left their contact information at the residence and departed with the package.

32.     On or about February 20, 2024, a lawyer claiming to represent the intended recipient of Parcel 3 contacted law enforcement officers via telephone. The lawyer related that his/her client had used bitcoin to purchase Parcel 3 from "Presidential Clouds" via Telegram. The lawyer did not disclose what was in the package or permit officers to search it. USPIS retained the package pending further investigation.

### STURGEON's Distribution Enterprise

33.     Based upon the information detailed below, law enforcement believes that STURGEON operates a storage facility at 652 West Dutton Road, in Eagle Point, Oregon ("the Dutton Road Facility") in which he stores, and from which he directs the shipment through the work of various associates, the illicit goods advertised on the Presidential Clouds Channel.

34.     On or about December 18, 2023, @PresidentialManager posted a 43 second video to the Presidential Clouds Channel. In the attached message, the user stated, "Our facility is just one of the many ways we stand above the competition!" The video starts with the videographer panning around a room with shelves stocking numerous cannabis products consistent with those advertised on the Presidential Clouds Channel. Additionally, green plant-like material (suspect marijuana) and mushroom plant material (suspect psilocybin) can be seen in clear plastic bags sitting on shelves within the room.

35.     The videographer then proceeds downstairs into an industrial space with heat sealers, scales, plastic wrap, tables, and packing materials. Additionally, a caged portion of the room is shown with shelving, multiple large plastic bins, and clear plastic bags containing green plant-like material (suspect marijuana) in plain sight.

36.     On or about September 6, 2023, Individual A, the girlfriend and business associate of STURGOEN, wrote a check to Dutton LLC for $3,200 from US Bank Account 9688. The memo line of the check read, "sept rent wharehouse [sic]." According to financial records from US Bank, from on or about July 5, 2023 to on or about January 4, 2024, STURGEON wrote approximately five checks of between approximately $3,150 and $3,200 each to Dutton LLC, listing "rent" in the subject line on three of those occasions.

37.     According to property records from Jackson County's official government website, the Dutton Road Facility is owned by Dutton LLC. Based upon a review of Jackson County property records, including photographs and descriptions, the Dutton Road Facility matches many of the characteristics displayed in the above-mentioned video posted on the Presidential Clouds Channel on December 18, 2023. More specifically, it is an industrial, two-story property with two adjacent windows on the second floor and a large roll-up garage door with an adjacent pedestrian door.

**Interior Still Image from Video Posted by @PresidentialManager Depicting the Large Roll-up Door and Adjacent Pedestrian Door**



**Exterior Image from Jackson County Property Data for Dutton Road Facility Depicting a Large Roll-up Door and Adjacent Pedestrian Door**



**Exterior Image from Jackson County Property Data for Dutton Road Facility Depicting Two Exterior, Second-Floor, Windows Consistent with the Posted Video**



38.     On or about February 14, 2024, members of the Jackson County Sheriff's Office established surveillance in the vicinity of the Dutton Road Facility. At approximately 4:00 p.m., officers observed a black Dodge Caliber ("the Dodge") bearing Oregon license plate 504NXW park in the rear of the facility, near the roll-up garage door. Officers then observed Individual B[5], Individual C[6] and an unidentified female remove numerous boxes from the Dutton Road Facility via the rear pedestrian door and load the boxes into the trunk of the Dodge.

39.     Once the Dodge was loaded with boxes, Individual B and Individual C departed the area in the Dodge. Officers maintained surveillance on the Dodge until

[5] The identification of Individual B is based upon a comparison of Individual B's driver's license photograph to physical surveillance of Individual B. In a previous affidavit, Individual B was mistakenly identified, based upon information obtained by a Deputy Sheriff with the Jackson County (Oregon) Sheriff's Office, as STURGEON.

[6] The identification of Individual C is based upon a comparison of Individual C's driver's license photograph to physical surveillance of Individual C.

it arrived at the USPS Medford Mail Processing Center at 2195 Sage Road, in Medford, Oregon. Once there, Individual C retrieved a large, empty, rolling bin from the USPS facility and took it to the Dodge, where Individual B and Individual C loaded the cart with numerous boxes from the Dodge. Individual C then returned the loaded cart to the facility and departed the area in the Dodge.

**USPS Surveillance Camera Image of Individual C Retrieving the USPS Bin on February 14, 2024**



**USPS Surveillance Camera Image of Individual C Returning the Bin Full of Parcels Transported from Dutton Road Facility on February 14, 2024**



40.     The bin was left in a publicly accessible area and surveillance officers took photos of some of the parcels and referred them to the USPIS.[7] Each parcel had the return address "Supply Services LLC, 4621 Grumman Dr., Medford, OR 97504," the same return address as Parcels 1 and 2, as described above.

41.     Between February 13, 2024, and February 22, 2024, law enforcement officers surveilled the Dutton Road Facility on five different days. During surveillance, law enforcement officers identified Individual B, Individual C and Individual D as individuals who regularly accessed the premises. Based on observations made throughout the course of this investigation and my overall knowledge of this investigation, I believe Individuals B, C, D are associates of STURGEON. On four of the five days, Individual B and Individual C were observed removing numerous boxes from the Dutton Road Facility, placing the boxes into vehicles, and subsequently mailing the boxes at the 2195 Sage Road postal facility.

42.     According to US Bank records, between approximately November 8, 2023 and December 2, 2023, STURGEON issued personal checks from his US Bank account ending in 1529, as described above, registered to MINIMALISTIX LLC, to Individual B and Individual D. More specifically, on or about November 8, 2023, STURGEON issued a check for approximately $8,300 to Individual B with the word

---

[7] One parcel photographed by surveillance officers was subsequently screened by Postal Inspectors in Texas. A federal search warrant for the parcel was signed on March 5, 2024 by Magistrate K. Nicole Mitchell in the Eastern District of Texas. USPIS executed the warrant later that day and the parcel was found to contain two vacuum sealed bags containing a green leafy substance that field tested positive for the presumptive presence of marijuana, and which had a gross weight (including packaging) of approximately 335 grams. Labeling on the bags contained the words "Big Block" and "Gelato #3", which are two marijuana strains advertised on the Presidential Clouds Channel.

"Landscaping" written in the memo line. Similarly, on or about December 2, 2023, STURGEON issued a check for approximately $20,000 to Individual D with the words "contract work" written in the memo line. Based on my training and experience, and knowledge of this investigation, particularly surveillance of Individual B transporting shipments of suspected narcotics in furtherance of the Presidential Clouds distribution enterprise, and Individual D's recurring presence at STURGEON's narcotics distribution facility, I believe Individual B and Individual D are in the employ of, and acting at the direction of, STURGEON as they conduct narcotics activities.

43.     Based on my training, experience, and knowledge of this investigation, I believe (1) the Dutton Road Facility is the same facility that appears in multiple videos posted on the Presidential Clouds Channel depicting a narcotics storing and distribution center; (2) STURGEON and Individuals B, C, and D have direct knowledge of and participate in the distribution of narcotics from this facility; (3) Individuals B, C, and D are acting in STURGEON's employ and at STURGEON's direction to transport narcotics from the Dutton Road Facility and ship them from postal facilities in furtherance of the Presidential Clouds distribution enterprise; and (4) narcotics packages transported from the Dutton Road Facility and later shipped from postal facilities are being labeled with a false return address to obfuscate their origin.[8]

---

[8]  All four packages obtained through UC purchases or interdictions have contained the return address "Supply Services LLC, 4621 Grumman Dr, Medford, OR 97504." A query of Oregon Secretary of State records showed no LLC registered as "Supply Services".

***STURGEON Uses Narcotics Proceeds to Purchase a Residence, From Which He Facilitates the Distribution of Controlled Substances and Commits Money Laundering Offenses***

44. According to the Jackson County, Oregon, Clerk, on or about June 21, 2023, STURGEON and Individual A purchased a property valued at approximately $1,150,000, which was located at 1450 Wagon Trail Drive, in Jacksonville.

45. According to records from US Bank, on or about May 31, 2023, STURGEON opened a money market account at US Bank with an account number ending in 4813 ("US Bank Account 4813"). The initial deposits for the account were for $99,000 on or about May 31, 2023, and $160,000 on or about June 13, 2023, both from STURGEON's US Bank Account 9688. On or about June 21, 2023, $245,881.16 of these funds were wired to TICOR Title Company as closing costs for the 1450 Wagon Trail Drive property. No other funds were deposited prior to this date.

46. According to records from US Bank, on or about May 22, 2023, US Bank Account 9688 had a negative balance of $608.42. On or about May 23, 2023, two deposits—one in the amount of $66,745.30 and one in the amount of $96,751.80—were received by US Bank Account 9688 from the Sturgeon Coinbase Account. On or about June 14, 2023, another deposit of $131,241.70 was received by US Bank Account 9688 from the Sturgeon Coinbase Account. No other deposits or credits were made to US Bank Account 9688 during this period of time.

47.     According to records from Coinbase, the aforementioned transfers from May 23 and June 14, 2023 originated from cryptocurrency wallet bc1qck648gl8vc3zx408tfqqr8vrgz85t7jw07xwrc (Wallet #3). According to block chain analysis, Wallet #3 has been active since approximately June 25, 2022, and has received 96.1007126 BTC worth approximately $2,651,817. Between approximately April 15, 2023, and September 22, 2023, Wallet #3 made 15 transfers totaling approximately 28.67942196 BTC worth approximately $786,021 to the Sturgeon Coinbase Account. Additionally, between approximately June 15, 2023, and September 24, 2023, approximately $1,381,896 worth of BTC were deposited into Wallet #3 from other cryptocurrency wallets either directly advertised as or referenced as customer-facing wallets for the Presidential Clouds Channel.[9]

48.     Based on my training, experience, and knowledge of this investigation, I believe that the above-described financial transactions indicate that Wallet #3 is a cryptocurrency wallet where at least $10,000 of the narcotics proceeds derived from the Presidential Clouds Account were aggregated between approximately June 25, 2022 and September 26, 2023. According to block chain analysis, 15 bitcoin withdrawals from Wallet #3 were made to the Sturgeon Coinbase Account,

---

[9] Based upon a review of the House of Representatives Channel history, cryptocurrency wallet bc1qdmxhzvu5wm0h45wfja6fj2deuxa93nkr4v7pja was advertised by the Presidential Clouds Account as the deposit wallet for purchases made on or about September 2023. In that same channel history, a narcotics customer posted proof of their purchase to the Presidential Clouds DTO which indicated the customer's payment was sent to cryptocurrency wallet bc1q87w9epf0v4yykdktxsp3cf6065uf74g9lf658k. According to block chain analysis, these two wallets sent approximately $1,381,896 worth of bitcoin to Wallet #3 between June 15, 2023 and September 24, 2023.

including funds that were then directed through two US Bank accounts and ultimately used to purchase the Wagon Trail Drive property in June 2023.

49.     Based on the foregoing, there is probable cause to believe that between on or about May 31, 2023 and February 16, 2024 Justin STURGEON knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and derived from specified unlawful activity, namely, the manufacture, importation, sale; and knowingly and intentionally used any communication facility, including the mail, in committing and in causing and facilitating the commission of the distribution of a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

50.     Further, additional facts indicate STURGEON actively occupies the 1450 Wagon Trail Drive property, from which he directs the Presidential Clouds distribution enterprise, including through the commission of money laundering offenses.

51.     According to JCSO records, on or about January 5, 2024, STURGEON was arrested at the 1450 Wagon Trail Drive property on suspicion of unlawful use of a weapon, reckless endangerment, menacing, and felon in possession of a firearm offenses. According to OSS Records, STURGEON has at least three vehicles registered to the 1450 Wagon Trail Drive property. Further, according to Postal Records, STURGEON and Individual A have, between approximately June 2023

through February 2024, have both received numerous packages at the 1450 Wagon
Trail Drive Property.

52. Moreover, on August 17, 2023, at approximately 7:43 pm,
@PresidentialClouds12 posted a message to the House of Representatives Channel
stating, "Smokey in Oregon today" and included three images, one of which depicts
a greenhouse structure consistent with one present at 1450 Wagon Trail Drive.

**Image Posted to the House of Representatives Channel by
@PresidentialClouds12**



**Images from the "Zillow" Real Estate Listing of 1450 Wagon Trail Drive**

 

53.     On August 22, 2023, @PresidentialClouds12 posted a 59 second video showing the outside and inside of the above greenhouse structure. This video is again consistent with images from the "Zillow" online real estate photos posted around the time STURGEON purchased the 1450 Wagon Trail property.

**Still Images from Video Posted by @PresidentialClouds12**

 

**Image from "Zillow" Real Estate Listing of 1450 Wagon Trail Drive**



54.     After posting the video, @PresidentialClouds12 later writes "This is a light assist [light assisted marijuana grow house]. Radiant heat (heated concrete), dehumidification, intake & exhaust fans, auto computerized tarps, lights, automated irrigation, etc." @PresidentialClouds12 also writes, in summary, that the greenhouse is capable of producing 400 pounds of marijuana per year. Telegram User A asked, "Out of curiosity, how much weight is being produced in a setup of that caliber? How long to break even on it?" @PresidentialClouds12 responded, "100 units [pounds] of indoor quality [marijuana] 4 times a year so 400 units [pounds of marijuana] a year on the one greenhouse".

55.     Furthermore, according to records from Coinbase, on January 10, 2024, Wallet #2 sent STURGEON's Coinbase account 1.0968855 BTC worth approximately $50,317. According to records from Coinbase, Approximately 20 minutes later, STURGEON utilized Coinbase to convert that BTC into US currency and withdrew approximately $50,317 to his US Bank checking account ending in 1529. According to Internet protocol (IP) logs captured by Coinbase, the device that initiated this conversion and transfer originated from IP address 2605:59c8:ca:ba10:8df3:f156:c8ec:58d5 at 13:06 UTC. According to records from Starlink, at that time, that IP address 2605:59c8:ca:ba10:8df3:f156:c8ec:58d5 was managed by SpaceX for the Starlink subscriber Justin STURGEON at the account address 1450 Wagon Trail Drive, Jacksonville, Oregon. Furthermore, according to Starlink, this account was opened on or about June 22, 2023, and lists a phone number consistent with STURGEON's Coinbase account.

56.     According to records from Coinbase, on January 16, 2024, Wallet #2 sent STURGEON's Coinbase account 2.30531613 BTC worth approximately $99,948. According to records from Coinbase, approximately 2 hours later, STURGEON utilized Coinbase to convert that BTC into US currency and withdrew $99,020.13 to his US Bank checking account ending in 1529. According to IP logs captured by Coinbase, the device that initiated this conversion and transfer originated from IP address 2605:59c8:ca:ba10:25ab:5837:db89:27d1 at 16:36 UTC. According to records from Starlink, IP address 2605:59c8:ca:ba10:25ab:5837:db89:27d1 was managed by SpaceX for the Starlink subscriber Justin STURGEON at the account address 1450 Wagon Trail Drive, Jacksonville, Oregon.

57.     According to records from Coinbase, between approximately November 28, 2023 and February 3, 2024, seven of the previous ten distinct withdrawal events from STURGEON's Coinbase account have had Starlink IP addresses associated with that activity, the most recent being January 31, 2024.

58.     Based on my training and experience, and familiarity with the investigation, I believe the above-described financial and business records indicate that (1) STURGEON owns and presently occupies the 1450 Wagon Trail Drive property, from which he posted images of the property using the @PresidentialClouds12 username on Telegram; (2) the greenhouse structure located at the Wagon Trail property is intended to cultivate approximately 400 pounds of marijuana per year; (3) STURGEON utilizes the Wagon Trail property to conduct

financial transactions pertaining to the illicit proceeds derived from the Presidential Clouds DTO.

FURTHER AFFIANT SAYETH NOT.

_____
JACOB ELVEY
Special Agent, Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone March 8, 2024.

_____
Honorable BETH W. JANTZ
United States Magistrate Judge