UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN STURGEON | Case No. 24 CR 127<br><br>Judge Beth W. Jantz |

**ORDER**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, having moved this Court to unseal the Complaint, Affidavit, and Arrest Warrant in this matter upon arrest of defendant Justin Sturgeon.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrant are unsealed.

ENTER:

_____
Hon. Beth W. Jantz
Magistrate Judge
Northern District of Illinois

DATE: 3/14/2024